UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------x

HUMBERTO RESTREPO, as Chairman of the Joint Industry Board of the Electrical Industry,

Petitioner,

-against-

RNW ELECTRIC CORP.,

Respondent.

------------------------------------x

**MEMORANDUM & ORDER**
26-CV-721 (EK)(PK)

ERIC KOMITEE, United States District Judge:

The Court has received Magistrate Judge Kuo's Report and Recommendation (R&R) dated September 5, 2026. ECF No. 13. Judge Kuo recommends that the Court grant petitioner's unopposed motion for summary judgment and confirm the arbitration award. Neither party has filed objections and the time to do so has expired. Accordingly, the Court reviews Judge Kuo's recommendation for clear error on the face of the record. *See* Fed. R. Civ. P. 72(b) advisory committee's note to 1983 addition; *accord State Farm Mut. Auto. Ins. Co. v. Grafman*, 968 F. Supp. 2d 480, 481 (E.D.N.Y. 2013).

Having reviewed the record, I find no error and therefore adopt the R&R in its entirety. Thus, petitioner's unopposed motion for summary judgment is granted, and the arbitration award is hereby confirmed.

The Clerk of Court is respectfully directed to enter judgment in petitioner's favor, directing respondent to pay the outstanding balance of the arbitration award in the amount of $554,482.20. Petitioner is also to be awarded $820 in attorneys' fees and $405 in costs. Finally, petitioner should be awarded post-judgment interest calculated based on the weekly average one-year constant maturity Treasury yield for the week preceding the date on which judgment is entered. After entering judgment, the Clerk shall close this case.

SO ORDERED.

/s/ Eric Komitee
ERIC KOMITEE
United States District Judge

Dated: September 28, 2026
Brooklyn, New York